Decided May 29, 2007

### RICHARD BATTALINO *v.* PHILIP S. VAN PATTEN

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 155 (AC 27426), is denied.

*Conrad Ost Seifert*, in support of the petition.

*Richard F. Paladino*, in opposition.

Decided May 29, 2007

### TOWN OF ENFIELD *v.* AFSCME, COUNCIL 4, LOCAL 1029

The plaintiff's petition for certification for appeal from the Appellate Court, 100 Conn. App. 470 (AC 27567), is denied.

*Gabriel J. Jiran* and *Sheila A. Huddleston*, in support of the petition.

*Stephen F. McEleney*, in opposition.

Decided May 29, 2007